UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

In Re: Jonathan B. Goldsmith )
Attorney at Law, Bar No. 11805 )
                                     )     Case No.: 2:16-cv-2824-GMN
                                     )
                                     )     **ORDER OF SUSPENSION**

On November 21, 2016, this Court entered an Order to Show Cause for Jonathan B. Goldsmith ("Goldsmith"). Goldsmith filed his Response, (ECF No. 2), on December 5, 2016. On January 3, 2017, the Court held a hearing for Goldsmith and Goldsmith failed to appear. (*See* Mins. of Proceedings, ECF No. 6). Goldsmith did, however, file a Declaration stating that he does not contest his State Bar proceeding. (*See* Decl. of Goldsmith ¶ 5, ECF No. 5). Pursuant to Local Rule IA 11-7(e)(2), by not contesting the matter, the Court will impose reciprocal discipline. Local Rule IA 11-7(e)(2).

Accordingly, **IT IS HEREBY ORDERED** that Jonathan B. Goldsmith, Nevada State Bar #11805, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

**DATED** this  23  day of January, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court