**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

*In re*: Jonathan B. Goldsmith
Attorney at Law, Bar No. 11805

Case No.: 2:16-cv-2824

ORDER GRANTING PETITION FOR REINSTATEMENT

[ECF No. 15]

Jonathan Goldsmith was suspended from the practice of law by the Supreme Court of Nevada in 2016. ECF No. 15 at 2. He was suspended from practicing law in this court in January 2017. ECF No. 3. He was again suspended by the Supreme Court of Nevada in 2018, this time for five years and one day. ECF No. 15 at 2. Mr. Goldsmith was later reinstated to practice by the Supreme Court of Nevada, subject to probationary conditions. The probationary period has now expired, and Mr. Goldsmith is in good standing with the State Bar of Nevada. ECF No. 15-3. He now petitions to be reinstated to this court. ECF No. 15.

Under Local Rule IA 11-7(i), a suspended attorney "may petition for reinstatement to practice before this court . . . as may be supported by good cause and the interests of justice." The decisions whether and under what circumstances the attorney will be reinstated to practice before this court are left to the discretion of the Chief Judge or their designee. *See id.*

I grant the petition. The probationary period imposed by the Supreme Court of Nevada has expired and the State Bar of Nevada shows Mr. Goldsmith is in good standing. I therefore order that Mr. Goldsmith's petition for reinstatement (ECF No. 15) is granted and he is reinstated to practice in United States District Court for the District of Nevada.

DATED this 6th day of November, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE